UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-20418-Cr-Rosenberg

UNITED STATES OF AMERICA,

v.

ANTHONY MAURICE SMITH,

      Defendant.
_____/

## REPORT & RECOMMENDATION

Defendant, ANTHONY MAURICE SMITH, appeared before the Court on July 25, 2022, represented by counsel, for a final hearing on violation of supervised release. Defendant was originally charged with possession with intent to distribute a detectable amount of heroin, in violation of Title 21 U.S.C. § 841(a)(1). Following this conviction, he was sentenced to fifteen (15) months in prison and five (5) years of supervised release.

The Defendant began his term of supervised release on September 11, 2020. He presently stands charged with violating his supervised release by: (1) failing to refrain from violation of the law (2) failing to refrain from violation of the law (3) possessing a firearm, ammunition, destructive device, or any other dangerous weapons (4) unlawfully possessing or using a controlled substance (5) unlawfully possessing or using a controlled substance, (6) unlawfully possessing or using a controlled substance (7) frequenting a location where controlled substances are illegally sold, used distributed or administered (8) failing to work regularly at a lawful occupation (9) failing to follow the instructions of the probation officer and (10) failing to answer truthfully all inquiries by the probation officer.

After a thorough colloquy, the defendant freely, knowingly, and voluntarily admitted violations, 1 through 10, through counsel, stated his wish to proceed to sentencing.

Accordingly, the Court RECOMMENDS that the District Court accept Defendant's admissions and find the Defendant guilty of committing violations 1 through 10. The Court further RECOMMENDS that this matter be set down for sentencing as soon as possible.

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable Robin L. Rosenberg, United States District Judge for the Southern District of Florida, within **FOURTEEN (14) DAYS** of being served with a copy of this Report and Recommendation. Failure to timely file objections shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016).

**If counsel do not intend to file objections, they shall file a notice advising the District Court within FIVE DAYS of this Report and Recommendation.**

DONE and SUBMITTED in Chambers at West Palm Beach in the Southern District of Florida, this 26th day of July 2022.

_____
BRUCE E. REINHART
U.S. MAGISTRATE JUDGE